```
            FILED          RECEIVED
            ENTERED        SERVED ON
            COUNSEL/PARTIES OF RECORD

            JAN 19 2012

            CLERK US DISTRICT COURT
            DISTRICT OF NEVADA
        BY:                  DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 3:10-CR-134-ECR (VPC) |
| ) | |
| JERRY ALAN BROWN, ) | |
| ) | |
| Defendant. ) | |

### FINAL ORDER OF FORFEITURE

On September 22, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 2253, based upon the plea of guilty by defendant JERRY ALAN BROWN to the criminal offense, forfeiting specific property alleged in the Superseding Indictment and agreed to in the Plea Memorandum and shown by the United States to have a requisite nexus to the offense to which defendant JERRY ALAN BROWN pled guilty. Docket #15, #54, #55, #58.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from September 25, 2011, through October 24, 2011, further notifying all known third parties of their right to petition the Court. #59.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

. . .

1  This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

2  THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 2253; and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

1. Toshiba Laptop Computer, Serial Number 39540899Q;
2. T-Mobile Motorola Cellular Telephone;
3. Compaq Evo Laptop Computer, Serial Number CN432808CL;
4. Dell Latitude Laptop Computer, Serial Number (CN-04E641-48155-214-8542);
5. Various CD's;
6. Various External Thumbdrives; and
7. any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped, or received in violation of Title 18, United States Code, Section 2252A(a)(5)(B).

1  IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited
2  funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well
3  as any income derived as a result of the United States of America's management of any property
4  forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of
5  according to law.
6  The Clerk is hereby directed to send copies of this Order to all counsel of record and three
7  certified copies to the United States Attorney's Office.

8  DATED this __19__ day of __Jan.__, 2012.

_____
UNITED STATES DISTRICT JUDGE